**Angela W. SAUNDERS, Respondent,**

v.

**Warren C. SAUNDERS, Appellant.**

**No. ED 77852.**

Missouri Court of Appeals,
Eastern District,
Division Four.

May 29, 2001.

Richard H. Ulrich, Jill R. Rembusch, Summers, Compton, Wells & Hamburg, P.C., St. Louis, MO, Attorneys for Appellant.

Ellen Watkins, Robert Dennis, Edwards, Singer, Schramm, Watkins, & Spoeneman, L.L.P., St. Louis, MO, Attorneys for Respondent.

Before LAWRENCE E. MOONEY, P.J. and PAUL J. SIMON and SHERRI B. SULLIVAN, JJ.

***ORDER***

PER CURIAM.

Warren C. Saunders (Husband) appeals the judgment of the Circuit Court of the County of St. Louis dissolving his marriage to Angela W. Saunders (Wife), distributing their marital property and awarding maintenance to Wife.

We have reviewed the briefs of the parties, the legal file and the record on appeal and no error of law appears. An extended opinion reciting detailed facts and restating principles of law would have no precedential or jurisprudential value. We affirm the judgment pursuant to Rule 84.16(b).